SEALED ORIGINAL FILED
OCT - 9 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED |
| Plaintiff, | |
| v. | Case No. 24 CR 170 RAW |
| TERESA LOUISE LIGHTFOOT, | |
| Defendant. | |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FELON IN POSSESSION OF FIREARM**
**[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]**

On or about September 28, 2023, in the Eastern District of Oklahoma, the defendant, **TERESA LOUISE LIGHTFOOT**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to-wit: one (1) Glock, Model 22, .40 S&W caliber, semi-automatic pistol, serial number LMV750, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION
**[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violation charged in Count One of this Indictment involving

violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) the defendant, **TERESA LOUISE LIGHTFOOT**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

- one (1) Glock, Model 22, .40 S&W caliber, semi-automatic pistol, serial number LMV750;
- approximately twenty-eight rounds (28) of .40 S&W caliber ammunition, to include one (1) round of Federal branded ammunition, three (3) rounds of Remington branded ammunition, and twenty-four (24) rounds of Winchester branded ammunition.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

_____
JONATHAN E. SOVERLY, IN Bar # 32155-45
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY